IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NUMBER 2:11-CV-01659-DCN

| | |
|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE CORPORATION**<br>**Plaintiff,**<br><br>v.<br><br>**STEWART TITLE GUARANTY COMPANY,**<br><br>**Defendant.** | **PLAINTIFF'S EXPERT DISCLOSURE** |

The undersigned counsel for Plaintiff, Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-3 Mortgage Backed Pass-Through Certificates, Series 2007-3 d/b/a American Home Mortgage Corporation (hereinafter "Plaintiff"), hereby certifies that it has disclosed to all other parties the identity and written report of the expert witnesses listed below in substantial compliance with Fed. R. Civ. P. Rule 26(a)(2) and the Court's Scheduling Order dated October 11, 2011:

Michael C. Robinson, MAI, SRA
Charleston Appraisal Service, Inc.
304 Meeting Street, Suite 201
Charleston, SC 29401
Phone: (843) 723-6256

Michael Trinkley, Ph.D., RPA
Chicora Foundation, Inc.
PO Box 8664
Columbia, SC 29202
Phone: (803) 787-6910

[*signature on following page*]

1

/s/ J. Rutledge Young, III
J. Rutledge Young, III (Fed. Bar No. 7260)
ryoung@duffyandyoung.com
Lee Anne Walters (Fed. Bar No. 10243)
lwalters@duffyandyoung.com
DUFFY & YOUNG LLC
96 Broad Street
Charleston SC 29401
(843)720-2044 Telephone
(843)720-2047 Fax

ATTORNEYS FOR PLAINTIFF

Charleston, SC
December 15, 2011