IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company As Trustee for American Home Mortgage Corporation, | ) ) ) ) | Case No. 2:11-cv-1659-DCN |
| Plaintiff, | ) ) | |
| v. | ) ) | **Defendant Stewart Title Guaranty Company's Expert Disclosure** |
| Stewart Title Guaranty Company, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 26(a)(2)(B), Fed. R. Civ. Proc., Defendant Stewart Title Guaranty Company ("Defendant") hereby discloses the following witness who has been retained to provide expert testimony in this case, and whom the Defendant may call at trial to present evidence under Federal Rule of Evidence 702, 703 or 705:

>Pledger M. Bishop III, MAI, SRA, CRE
>Principal/Owner
>Atlantic Appraisals, LLC
>1250 Fairmont Avenue
>Mount Pleasant, SC 29464
>(843) 856-2000

Defendant further certifies that a written report prepared and signed by the expert, including the information required by Rule 26(a)(2)(B), Fed. R. Civ. Proc., has been served upon the above-named plaintiff, by and through its counsel of record, on March 1, 2012.

>Respectfully Submitted,
>
>PRATT-THOMAS WALKER, P.A.
>
>/s/ Daniel S. McQueeney, Jr.
>Daniel S. McQueeney, Jr. (Fed. ID No. 9987)
>G. Trenholm Walker (Fed. ID No. 4487)
>P.O. Drawer 22247

1

Charleston, SC 29413-2247
Attorneys for Defendant Stewart Title Guaranty Company